# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141522(48)

JOHN GUIDOBONO II REVOCABLE TRUST
AGREEMENT and JOHN GUIDOBONO II,
Trustee,
    Plaintiffs/Counter-Defendants-
    Appellants,

v

SANDRA JONES, WILLIAM KRIST, DONNA
KRIST, TODD KRIST, and CHERYL KRIST,
    Defendants/Counter-Plaintiffs/
    Third-Party Plaintiffs-Appellees,

and

JOHN GUIDOBONO II and CATHY
GUIDOBONO,
    Third-Party Defendants-Appellants.
_____/

SC: 141522
COA: 290589
Livingston CC: 06-022328-CH

On order of the Court, the motion for reconsideration of this Court's December 16, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

d0228